1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CHARLES E. SAMPLE, SR.,

11         Plaintiff,                              No. 2:09-cv-0191 JFM (PC)

12      vs.

13  SOLANO COUNTY SHERIFF'S OFFICE., et al.,

14         Defendants.                             ORDER

15  _____/

16         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17  to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18  U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19  plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20  certified copy of his prison trust account statement for the six month period immediately

21  preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22  opportunity to submit a completed in forma pauperis application and a certified copy in support

23  of his application.

24  /////
25  /////
26  /////

                                               1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

    a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

    b. a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED:  January 27, 2009.

                                  UNITED STATES MAGISTRATE JUDGE

/kly;001
samp0191.3c+

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. SAMPLE, SR.,
      Plaintiff,

vs.

SOLANO COUNTY SHERIFF'S OFFICE., et al.,

      Defendants.
_____/

No. 2:09-cv-0191 JFM (PC)

NOTICE OF SUBMISSION

Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____    Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

                                                                  _____
                                                                  Plaintiff