IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. SAMPLE, SR.,

        Plaintiff,                  No. 2:09-cv-0191 JAM JFM (PC)

    vs.

SOLANO COUNTY SHERIFF'S
OFFICE, et al.,

        Defendants.            ORDER

                               /

        On June 2, 2009, plaintiff filed a letter seeking an investigation into a violation of his civil rights based on prison officials' failure to transport him to this court for a hearing in this matter prior to its dismissal.[1] Plaintiff states he has been in the custody of the CDC since May 1, 2009.

        However, plaintiff's complaint, filed January 5, 2009, stated plaintiff was incarcerated at San Quentin State Prison, and that plaintiff would contact the court upon change of address. (Complt. at 1.) All of this court's orders were served on plaintiff at the San Quentin address provided. Two orders dated January 28, 2009 and February 26, 2009 were not returned

---

[1] No hearing was scheduled in this matter.

1

1 as undeliverable.  However, subsequent court orders were returned as undeliverable and the
2 docket reflects no change of address provided by plaintiff.  It is the plaintiff's responsibility to
3 keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f),
4 service of documents at the record address of the party is fully effective.

5      This civil rights action was closed on May 22, 2009.  Plaintiff is advised that
6 documents filed by plaintiff since the closing date will be disregarded and no orders will issue in
7 response to future filings.  IT IS HEREBY ORDERED that the Clerk of the Court is directed to
8 send plaintiff a copy of the docket sheet for the instant case.
9 DATED:  June 16, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; samp0191.58

2